AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

RONALD S. RILEY

**SUMMONS IN A CIVIL CASE**

V.

THE DELAWARE RIVER AND BAY AUTHORITY,
JAMES JOHNSON, Individually, JAMES WALLS,
Individually, TRUDY SPENCE-PARKER, Individually,
and CONSUELLA PETTY-JUDKINS, Individually

CASE NUMBER: 05 - 746

TO: (Name and address of Defendant)
TRUDY SPENCE-PARKER, CHIEF HUMAN RESOURCE OFFICER
The Delaware River Bay Authority
Delaware Memorial Bridge Plaza
Jct. of I-295 & Rte. 13
New Castle, DE 19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES P. HALL, ESQUIRE (DE BAR #3293)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Tel. 302-655-4200
Fax 302-655-4210

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                             10/25/05
CLERK                                       DATE

_E. L. Strickler_
(By) DEPUTY CLERK

• AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/26/05 |
| NAME OF SERVER (PPJNT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: TRUDY SPENCER-PARKER AT THE DELAWARE RIVER BAY AUTHORITY AT JCT OF I-295 & RTE. 13 NEW CASTLE DE COPIES THEREOF WERE ACCEPTED BY SANDRA MCVOUGHT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/26/05
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure