IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD S. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-746-KAJ |
| | ) | |
| THE DELAWARE RIVER AND BAY | ) | Related Case |
| AUTHORITY, JAMES JOHNSON, | ) | C.A. No. 05-126-KAJ |
| Individually, JAMES WALLS, Individually, | ) | |
| TRUDY SPENCE-PARKER, Individually, | ) | |
| and CONSUELLA PETTY-JUDKINS, | ) | |
| Individually. | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Defendants hereby move to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure. Plaintiff has failed to exhaust his administrative remedies and to file his claims within the applicable statute of limitations. The grounds for Defendants' motion are more fully set forth in their Opening Brief and Appendix filed in support of this motion.

WHEREFORE, Defendants respectfully request that this Court dismiss the Complaint in its entirety and award such other and further relief as this Honorable Court deems appropriate.

    Respectfully submitted,
    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ William W. Bowser
    William W. Bowser, Esquire (Bar I.D. 2239)
    Adria B. Martinelli, Esquire (Bar I.D. 4056)
    The Brandywine Building, 17th Floor
    1000 West Street, P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-6601, 6623
    Facsimile: (302) 576-3282, 3314
    wbowser@ycst.com; amartinelli@ycst.com
    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-746-KAJ |
| | ) |
| THE DELAWARE RIVER AND BAY | ) Related Case |
| AUTHORITY, JAMES JOHNSON, | ) C.A. No. 05-126-KAJ |
| Individually, JAMES WALLS, Individually, | ) |
| TRUDY SPENCE-PARKER, Individually, | ) |
| and CONSUELLA PETTY-JUDKINS, | ) |
| Individually. | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, William W. Bowser, Esquire, hereby certify that on November 28, 2005, I electronically filed a true and correct copy of the foregoing **Defendants' Motion to Dismiss** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James P. Hall, Esquire
> Phillips, Goldman & Spence, P.A.
> 1200 North Broom Street
> Wilmington, DE 19806
>
> YOUNG CONWAY STARGATT & TAYLOR LLP
>
> /s/ William W. Bowser
> William W. Bowser, Esquire (Bar I.D. 2239)
> Adria B. Martinelli, Esquire (Bar I.D. 4056)
> The Brandywine Building, 17th Floor
> 1000 West Street, P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6601, 6623
> Facsimile: (302) 576-3282, 3314
> Email: wbowser@ycst.com; amartinelli@ycst.com
> Attorneys for Defendants