IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-746-KAJ |
| ) | |
| THE DELAWARE RIVER AND BAY ) | |
| AUTHORITY, JAMES JOHNSON, ) | |
| Individually, JAMES WALLS, Individually, ) | |
| TRUDY SPENCE-PARKER, Individually, ) | |
| and CONSUELLA PETTY-JUDKINS, ) | |
| Individually. ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT A
# TO MARCH 7, 2006, LETTER TO
# THE HONORABLE KENT A. JORDAN

YOUNG CONWAY STARGATT & TAYLOR LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6623
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com
Attorneys for Defendants

```
-----Original Message-----
From: Jim Hall [mailto:JPH@pgslaw.com]
Sent: Monday, February 20, 2006 10:29 AM
To: Martinelli, Adria B.
Subject: RE: Riley/DRBA
```

Mr. Riley met with an attorney in Jeffrey Martin, Esquire's office on Thursday of last week. I will follow up to determine whether they are taking over the file and respond to you this week. Thank you.

>>> "Martinelli, Adria B." <amartinelli@ycst.com> 2/16/2006 4:53 PM
>>>
Jim:

Please let me know the status of your representation. I intend to raise Mr. Riley's lack of response with the court next week.

Adria

```
-----Original Message-----
From: Jim Hall [mailto:JPH@pgslaw.com]
Sent: Tuesday, January 24, 2006 4:40 PM
To: Martinelli, Adria B.
Subject: Re: Riley/DRBA
```

Adria, my client advises that he should have his new counsel in place by Friday. I held off filing the motion to withdraw until I heard from him on Friday. I will advise you once I am contacted on Friday. Thank you.

>>> "Martinelli, Adria B." <amartinelli@ycst.com> 1/24/2006 1:57 PM
>>>
Jim:

Your last correspondence to me indicated that if Mr. Riley had not obtained other counsel by January 18, you were going to withdraw from the case. Can you please provide the status of your representation and/or Mr. Riley's efforts to obtain new counsel? My client is anxious to proceed with briefing on the current motion.

Thank you.

Adria B. Martinelli
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6613
Facsimile: 302-576-3314
amartinelli@ycst.com

THIS MESSAGE MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATIONS OR OTHER PROTECTED INFORMATION. IF YOU BELIEVE YOU ARE NOT AN INTENDED RECIPIENT (EVEN IF THIS MESSAGE WAS SENT TO YOUR E-MAIL ADDRESS), YOU MAY NOT USE, COPY, OR RETRANSMIT IT. IF YOU BELIEVE YOU RECEIVED THIS MESSAGE BY MISTAKE, PLEASE NOTIFY US BY RETURN E-MAIL, AND THEN DELETE THIS MESSAGE. THANK YOU FOR YOUR COOPERATION.