# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C PHILLIPS JR
STEPHEN W. SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P HALL
JOSEPH J FARNAN III
BRIAN E FARNAN
MELISSA E CARGNINO

PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

March 27, 2006

<u>VIA E-FILING AND HAND DELIVERY</u>

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

    RE:    Riley v. The Delaware River and Bay Authority, et al.
             C.A. No.: 05-746
             <u>Our File No.: RILRO-3</u>

Dear Judge Jordan:

    As you are aware, I presently represent Ronald Riley in the above-captioned matter. By letter of March 7, 2006, defense counsel has requested that the Court render a decision on Defendants' Motion to Dismiss the above-captioned action. Mr. Riley is currently in the process of obtaining another attorney to proceed with his claim against defendants. I will write to Mr. Riley and advise him that if he does not retain new counsel on or before April 15, 2006, I will file a Motion to Withdraw. As a consequence, I would request that the Court postpone its decision on Defendants' Motion to Dismiss until after Mr. Riley obtains new counsel.

                                        Respectfully submitted,

                                        JAMES P. HALL

JPH:tlb
cc:    Adria B. Martinelli, Esquire (via facsimile)
        Clerk, U.S. District Court
        Mr. Ronald Riley