IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-746 (KAJ) |
| | ) |
| THE DELAWARE RIVER AND BAY AUTHORITY, ET AL., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Defendants filed a motion to dismiss (D.I. 7) on November 28, 2005. Plaintiff has failed to file a timely answering brief. By letter dated March 27, 2006, plaintiff's counsel, James P. Hall, Esq. indicated that plaintiff would be retaining new counsel (D.I. 12). Therefore,

IT IS HEREBY ORDERED that plaintiff shall file an answering brief in response to the motion to dismiss on or before June 20, 2006 or this case will be dismissed for failure to prosecute.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
June 6, 2006