## CERTIFICATE OF SERVICE

      I, James P. Hall, Esquire, hereby certify that on June 16, 2006, two copies of Plaintiff's Response to Defendants' Motion to Dismiss were served upon the following via first class, postage prepaid mail:

Adria B. Martinelli, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

                                                      _____
                                                      JAMES P. HALL, ESQUIRE (#3293)