IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-746-KAJ |
| ) | |
| THE DELAWARE RIVER AND BAY ) | Related Case |
| AUTHORITY, JAMES JOHNSON, ) | C.A. No. 05-126-KAJ |
| Individually, JAMES WALLS, Individually, ) | |
| TRUDY SPENCE-PARKER, Individually, ) | |
| and CONSUELLA PETTY-JUDKINS, ) | |
| Individually. ) | |
| Defendants. ) | |

## STIPULATION OF EXTENSION OF TIME TO FILE REPLY BRIEF

UPON APPROVAL BY THE COURT, the parties have stipulated, through their respective counsel, that Defendants shall have until July 7, 2006, to reply to Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss for Failure to State a Claim.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
James P. Hall, Esquire (Bar I.D. 3293)
1200 North Broom Street
Wilmington, DE 19806
Telephone (302) 655-4200
Facsimile (302) 655-4210
jph@pgslaw.com
Attorney for Plaintiff

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6623
Facsimile: (302) 576-3282, 3314
wbowser@ycst.com; amartinelli@ycst.com
Attorneys for Defendants

**IT IS SO ORDERED** this _____ day of _____,2006.

_____
J.