IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-746 (KAJ) |
| | ) |
| THE DELAWARE RIVER AND BAY AUTHORITY, ET AL., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For the reasons set forth in the Memorandum Opinion issued in the matter today, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (D.I. 7) is GRANTED as to Plaintiff's Title VII claims against the individual DRBA employees, GRANTED as to his Title VII claims for discrete acts that occurred before July 29, 2004, GRANTED as to his Title VII hostile environment claim, GRANTED as to his Section 1981 claims for discrete acts that occurred before October 18, 2001, GRANTED as to his Section 1981 hostile environment claim, and GRANTED as to his intentional infliction of emotional distress claim, and DENIED in all other respects.

UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
Dated: October 25, 2006