IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-746 (***) |
| | ) |
| THE DELAWARE RIVER AND BAY | ) Related Case |
| AUTHORITY, JAMES JOHNSON, | ) C.A. No. 07-336 (xxx) |
| Individually, JAMES WALLS, Individually, | ) |
| TRUDY SPENCE-PARKER, Individually, | ) |
| and CONSUELLA PETTY-JUDKINS, | ) |
| Individually. | ) |
| | ) |
| Defendants. | ) |

**JOINT CONSENT TO THE EXERCISE OF
<u>JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE</u>**

In accordance with the provisions of 28 U.S.C. § 636(c), and Fed. R. Civ. P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings.

**IT IS SO STIPULATED:**

| PHILLIPS, GOLDMAN & SPENCE, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ James P. Hall, | /s/ Adria B. Martinelli |
| James P. Hall, Esquire (Bar I.D. 3293) | William W. Bowser, Esquire (Bar I.D. 2239) |
| 1200 North Broom Street | Adria B. Martinelli, Esquire (Bar I.D. 4056) |
| Wilmington, DE 19806 | The Brandywine Building, 17th Floor |
| Telephone (302) 655-4200 | 1000 West Street, P.O. Box 391 |
| Facsimile (302) 655-4210 | Wilmington, Delaware 19899-0391 |
| jph@pgslaw.com | Telephone: (302) 571-6601, 6623 |
| Attorney for Plaintiff | Facsimile: (302) 576-3282, 3314 |
| | wbowser@ycst.com; amartinelli@ycst.com |
| | Attorneys for Defendants |