IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD S. RILEY, | ) | |
| | ) | |
|        Plaintiff, | ) | |
| | ) | |
|        v. | ) | C.A. No. 05-746 (***) |
| | ) | |
| THE DELAWARE RIVER AND BAY | ) | Related Case |
| AUTHORITY, JAMES JOHNSON, | ) | C.A. No. 07-336 (xxx) |
| Individually, JAMES WALLS, Individually, | ) | |
| TRUDY SPENCE-PARKER, Individually, | ) | |
| and CONSUELLA PETTY-JUDKINS, | ) | |
| Individually. | ) | |
| | ) | |
|        Defendants. | ) | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to The Honorable Mary Pat Thynge, United States Magistrate Judge, to conduct all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings in accordance with 28 U.S.C. § 636(c), and Fed. R. Civ. P. 73.

 

_____
Judge