IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RONALD S. RILEY,                          )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )    C.A. No. 05-746 (***)
                                          )
THE DELAWARE RIVER AND BAY                )    Related Case
AUTHORITY, JAMES JOHNSON,                 )    C.A. No. 07-336 (***)
Individually, JAMES WALLS, Individually,  )
TRUDY SPENCE-PARKER, Individually,        )
and CONSUELLA PETTY-JUDKINS,              )
Individually.                             )
                                          )
                    Defendants.           )
RONALD S. RILEY,                          )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )    C.A. No. 07-336 (***)
                                          )
THE DELAWARE RIVER AND BAY                )    Related Case
AUTHORITY,                                )    C.A. No. 05-746 (***)
                                          )
                    Defendant.            )
                                          )
                                          )

## JOINT STIPULATION TO CONSOLIDATE CASES

        Pursuant to Fed. R. Civ. P. 42(a), the parties stipulate to the consolidation of

Ronald S. Riley v. The Delaware River and Bay Authority, et al., Civil Action No. 05-270(***)

and Ronald S. Riley v. The Delaware River and Bay Authority, Civil Action No. 07-336 (***),

as the two cases involve a common question of law or fact.

        **IT IS SO STIPULATED:**

PHILLIPS GOLDMAN & SPENCE, P.A.    YOUNG CONAWAY STARGATT & TAYLOR, LLP


/s/ James P. Hall_____    /s/ Adria B. Martinellli_____
James P. Hall, Esquire (Bar I.D. 3293)    William W. Bowser, Esquire (Bar I.D. 2239)
1200 North Broom Street    Adria B. Martinelli, Esquire (Bar I.D. 4056)
Wilmington, DE 19806    The Brandywine Building, 17th Floor
Telephone (302) 655-4200    1000 West Street, P.O. Box 391
Facsimile (302) 655-4210    Wilmington, Delaware 19899-0391
jph@pgslaw.com    Telephone: (302) 571-6601, 6623
*Attorney for Plaintiff*    Facsimile: (302) 576-3282, 3314
    wbowser@ycst.com
    amartinelli@ycst.com
    *Attorneys for Defendants*


Dated:  June 26, 2007_____    Dated:  June 26, 2007_____


IT IS SO ORDERED this _____day of _____, 2007.


_____
J.