IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD S. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-746 (MPT) |
| | ) | |
| THE DELAWARE RIVER AND BAY | ) | (Consolidated) |
| AUTHORITY, JAMES JOHNSON, | ) | |
| Individually, JAMES WALLS, Individually, | ) | |
| TRUDY SPENCE-PARKER, Individually, | ) | |
| and CONSUELLA PETTY-JUDKINS, | ) | |
| Individually. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

      I, Adria B. Martinelli, Esquire, hereby certify that on June 28, 2007, two copies of **Defendants' First Set of Interrogatories Directed to Plaintiff** were served by First Class Mail upon the following counsel:

      James P. Hall, Esquire (I.D. No. 3293)
      Phillips Goldman & Spence, P.A.
      1200 North Broom Street
      Wilmington, DE 19801

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      /s/ *Adria B. Martinelli*
      ―――――――――――――――――――――
      William W. Bowser, Esquire (Bar I.D. 2239)
      Adria B. Martinelli, Esquire (Bar I.D. 4056)
      The Brandywine Building, 17th Floor
      1000 West Street
      P.O. Box 391
      Wilmington, Delaware 19899-0391
      Telephone: (302) 571-6601, 6613
      Facsimile: (302) 576-3282, 3314
      Email: wbowser@ycst.com; amartinelli@ycst.com
        *Attorneys for Defendant*

Dated: June 28, 2007