IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-746 (MPT) |
| | ) |
| THE DELAWARE RIVER AND BAY | ) (Consolidated) |
| AUTHORITY, JAMES JOHNSON, | ) |
| Individually, JAMES WALLS, Individually, | ) |
| TRUDY SPENCE-PARKER, Individually, | ) |
| and CONSUELLA PETTY-JUDKINS, | ) |
| Individually. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on June 28, 2007, two copies of

**Defendants' Initial Disclosures Pursuant To Federal Rule Of Civil Procedure 26(a)** were

served by First Class Mail upon the following counsel:

James P. Hall, Esquire (I.D. No. 3293)
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Adria B. Martinelli*
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com
   *Attorneys for Defendant*

Dated: June 28, 2007