IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-746 (MPT) |
| | ) |
| THE DELAWARE RIVER AND BAY | ) (Consolidated) |
| AUTHORITY, JAMES JOHNSON, | ) |
| Individually, JAMES WALLS, Individually, | ) |
| TRUDY SPENCE-PARKER, Individually, | ) |
| and CONSUELLA PETTY-JUDKINS, | ) |
| Individually. | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES STATEMENT OF COMPLIANCE WITH RULE 7.1.3

Counsel for Defendants hereby certifies reasonable but unsuccessful efforts have been made to reach agreement with Plaintiff's Counsel on the matter set forth in this Motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Adria B. Martinelli*
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com
  *Attorneys for Defendants*

DATE: August 14, 2007