IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-746 (MPT) |
| | ) |
| THE DELAWARE RIVER AND BAY AUTHORITY, JAMES JOHNSON, Individually, JAMES WALLS, Individually, TRUDY SPENCE-PARKER, Individually, and CONSUELLA PETTY-JUDKINS, Individually. | ) (Consolidated) |
| | ) |
| Defendants. | ) |

## ORDER

**AND NOW** this _____ day of _____, 2007, the Court having duly considered Defendants motion for the entry of an Order compelling Plaintiff Ronald S. Riley to comply with Rule 26 Discovery Disclosures and to respond fully and completely to document requests and interrogatories propounded by Defendants.

**IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion is GRANTED.

2. Plaintiff shall respond fully and completely to Defendants' interrogatories and document requests within _____ (__) days from the date of this Order.

_____
UNITED STATES DISTRICT JUDGE