IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY | : |
| | : |
| Plaintiff, | : C.A. No. 05-746-(MPT) |
| | : |
| v. | : |
| | : |
| THE DELAWARE RIVER AND | : |
| BAY AUTHORITY | : |
| | : |
| Defendant, | : |

## NOTICE OF SERVICE

I, James P. Hall, Esquire, hereby certify that on August 22, 2007, two true and correct copies of Plaintiff Ronald S. Riley's Initial Disclosures Pursuant to Rule 26(a) of The Federal Rules of Civil Procedure were served upon the following counsel via hand delivery:

Adria B. Martinelli, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JAMES P. HALL, ESQUIRE (#3293)
1200 N. Broom Street
Wilmington, DE 19806
302-655-4200 (telephone)

Date:   August 22, 2007