## CERTIFICATE OF SERVICE

I, James P. Hall, Esquire, hereby certify that on August 22, 2007, two copies of the foregoing Notice of Service were served via hand delivery on:

Adria B. Martinelli, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

_____
JAMES P. HALL, ESQUIRE (#3293)