IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY | : |
| | : |
| Plaintiff, | : C.A. No. 05-746-(MPT) |
| | : |
| v. | : |
| | : |
| THE DELAWARE RIVER AND BAY AUTHORITY | : |
| | : |
| Defendant, | : |

### NOTICE OF SERVICE

I, James P. Hall, Esquire, hereby certify that on September 6, 2007, two true and correct copies of Plaintiff Ronald S. Riley's Responses to Defendant's First Set of Interrogatories and Plaintiff's Responses to Defendant's Request for Production of Documents were served upon the following counsel via hand delivery:

Adria B. Martinelli, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JAMES P. HALL, ESQUIRE (#3293)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff Ronald S. Riley

Date:   September 6, 2007