## CERTIFICATE OF SERVICE

I, James P. Hall, Esquire,  hereby certify that on September 6, 2007,  two copies of the

foregoing Notice of Service were served via hand delivery on:

Adria B. Martinelli, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

JAMES P. HALL, ESQUIRE (#3293)