IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, | : |
| | : |
| Plaintiff, | :     C.A. No. 05-746-(MPT) |
| | : |
| v. | : |
| | : |
| THE DELAWARE RIVER AND | : |
| BAY AUTHORITY, | : |
| | : |
| Defendant, | : |

### NOTICE OF SERVICE

I, James P. Hall, Esquire, hereby certify that on December 3, 2007, a copy of PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO THE DEFENDANT and PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT was served upon the following counsel via first class postage prepaid mail:

Adria B. Martinelli, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

                                                                PHILLIPS GOLDMAN & SPENCE, P.A.

                                                                /s/ James P. Hall
                                                                JAMES P. HALL, ESQUIRE (#3293)
                                                                1200 North Broom Street
                                                                Wilmington, DE 19806
                                                                (302) 655-4200
                                                                Attorney for Plaintiff

Date:   December 3, 2007