IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, : | |
| : | |
| Plaintiff, : | C.A. No. 05-746-(MPT) |
| : | |
| v. : | |
| : | |
| THE DELAWARE RIVER AND : | |
| BAY AUTHORITY, : | |
| : | |
| Defendant, : | |

### CERTIFICATE OF SERVICE

I, James P. Hall, Esquire, hereby certify that on December 3, 2007, a copy of the foregoing Notice of Service was served upon the following counsel via electronically.

Adria B. Martinelli, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

PHILLIPS GOLDMAN & SPENCE, P.A.

_____
JAMES P. HALL, ESQUIRE (#3293)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

Date:  December 3, 2007