IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD S. RILEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 05-746-*** |
| | : | |
| THE DELAWARE RIVER AND BAY | : | Related Case |
| AUTHORITY, JAMES JOHNSON, | : | C. A. No. 07-336-*** |
| Individually, JAMES WALLS, Individually, | : | |
| TRUDY SPENCE-PARKER, Individually, | : | |
| and CONSUELLA PETTY-JUDKINS, | : | |
| Individually, | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **7th** day of **January, 2008**.

IT IS ORDERED that the teleconference with Judge Thynge, scheduled for **Friday, January 11, 2008, will take place at 8:00 a.m., instead of 8:30 a.m.** The purpose of the teleconference is to discuss the status of the case, as well as to address a discovery issue which the defendants included in their interim status report to the Court dated January 4, 2008 (D.I. 37). Plaintiff's counsel shall file a response to the discovery issue discussed in D.I. 37 on or before **Thursday, January 10, 2008, by no later than 8:00 a.m. Adria B. Martinelli, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE