# PHILLIPS, GOLDMAN & SPENCE, P. A.

### ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN, III
BRIAN E. FARNAN
DAVID A. BILSON*
MELISSA E. CARGNINO

*PENNSYLVANIA BAR ONLY

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806
———
(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: __Wilmington__

January 10, 2008

VIA E-FILING AND HAND DELIVERY
The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

RE:    Riley v. The Delaware River and Bay Authority, et al.
       C.A. No.: 05-746
       Our File No.: RILRO-3 _____

Dear Judge Thynge:

As Your Honor is aware, I represent Ronald Riley in the above-captioned matter. Please be advised that plaintiff has responded to defendant's interrogatories and requests for production and the plaintiff was deposed on December 6, 2007. Plaintiff filed interrogatories and a request for production upon defendant and, by agreement of the parties, defendant will respond to this discovery on or before January 18, 2008. The plaintiff has received correspondence from defense counsel regarding alleged deficiencies and/or requests that plaintiff's discovery responses be supplemented. The parties have been attempting to amicably resolve this discovery issue. To that extent, plaintiff provided a supplemental response to request for production to defense counsel on Wednesday, January 9, 2008 by hand delivery. Plaintiff expects that the supplemental responses will address the issues raised by defense counsel. Plaintiff anticipates noticing depositions of defendant's representatives upon receipt and review of defendant's answers to interrogatories.

Respectfully submitted,

JAMES P. HALL

JPH/mff
cc:    Adria B. Martinelli, Esquire (via facsimile)
       Clerk, U.S. District Court
       Mr. Ronald Riley