# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN, III
BRIAN E. FARNAN
DAVID A. BILSON*
MELISSA E. CARGNINO

*PENNSYLVANIA BAR ONLY

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

January 14, 2008

**VIA E-FILING**
The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

RE:  Riley v. The Delaware River and Bay Authority, et al.
     C.A. No.: 05-746
     Our File No.: RILRO-3

Dear Judge Thynge:

As your Honor is aware, a status conference was held on Friday, January 11, 2008 in the above-captioned matter. After the conclusion of the status conference, defense counsel and I confirmed that this case has not been referred to mediation. Counsel would respectfully request that the case be referred to the Honorable Leonard P. Stark to schedule a mediation conference. If your Honor has any questions, please do not hesitate to contact my office.

Respectfully submitted,

/s/ Hall

JAMES P. HALL

JPH/mff
cc:  Adria B. Martinelli, Esquire (via facsimile)
     Clerk, U.S. District Court
     Mr. Ronald Riley