IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   C. A. No. 05-746-MPT |
| | : |
| THE DELAWARE RIVER AND BAY | :   Related Case |
| AUTHORITY, JAMES JOHNSON, | :   C. A. No. 07-336-MPT |
| Individually, JAMES WALLS, Individually, | : |
| TRUDY SPENCE-PARKER, Individually, | : |
| and CONSUELLA PETTY-JUDKINS, | : |
| Individually, | : |
| | : |
|     Defendants. | : |

## ORDER

At Wilmington this **14th** day of **January, 2008**.

In a letter to the Court dated January 14, 2008 (D.I. 41), counsel has requested that this matter be referred for mediation purposes. Therefore,

IT IS ORDERED that this matter is referred to Magistrate Judge Leonard P. Stark for the purposes of exploring the possibility of a settlement.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                              /s/ Mary Pat Thynge
                                              UNITED STATES MAGISTRATE JUDGE