IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD S. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-746 (MPT) |
| | ) | |
| THE DELAWARE RIVER AND BAY | ) | (Consolidated) |
| AUTHORITY, JAMES JOHNSON, | ) | |
| Individually, JAMES WALLS, Individually, | ) | |
| TRUDY SPENCE-PARKER, Individually, | ) | |
| and CONSUELLA PETTY-JUDKINS, | ) | |
| Individually. | ) | |
| | ) | |
| Defendants. | ) | |

## RE-NOTICE OF DEPOSITION OF RONALD S. RILEY

TO:    James P. Hall, Esquire
       Phillips Goldman & Spence, P.A.
       1200 North Broom Street
       Wilmington, DE 19801

       PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of the plaintiff, **Ronald S. Riley** on **Monday, February 11, 2008, beginning at 9:30 a.m., and continuing thereafter from hour-to-hour and day-to-day until completion.** This deposition will take place at the law offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, Wilmington, Delaware, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli

William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com
*Attorneys for Defendants*

Date: January 31, 2008
cc:    Wilcox & Fetzer