IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 05-746-MPT |
| | : |
| THE DELAWARE RIVER AND BAY | : Related Case |
| AUTHORITY, JAMES JOHNSON, | : C.A. No. 07-336-MPT |
| Individually, JAMES WALLS, Individually, | : |
| TRUDY SPENCE-PARKER, Individually, | : |
| and CONSUELLA PETTY-JUDKINS, | : |
| Individually, | : |
| | : |
| Defendants. | : |

## ORDER

A teleconference having been held at Wilmington this **1st** day of **February, 2008** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **March 19, 2008 at 11:00 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE