IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-746 (MPT) |
| | ) |
| THE DELAWARE RIVER AND BAY | ) (Consolidated) |
| AUTHORITY, JAMES JOHNSON, | ) |
| Individually, JAMES WALLS, Individually, | ) |
| TRUDY SPENCE-PARKER, Individually, | ) |
| and CONSUELLA PETTY-JUDKINS, | ) |
| Individually. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on February 12, 2008, two copies of **Defendants' First Request For Admissions Directed to Plaintiff** were served by Hand Delivery upon the following counsel:

> James P. Hall, Esquire (I.D. No. 3293)
> Phillips Goldman & Spence, P.A.
> 1200 North Broom Street
> Wilmington, DE 19801

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ *Adria B. Martinelli*
> William W. Bowser, Esquire (Bar I.D. 2239)
> Adria B. Martinelli, Esquire (Bar I.D. 4056)
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6601, 6613
> Facsimile: (302) 576-3282, 3314
> Email: wbowser@ycst.com; amartinelli@ycst.com
> *Attorneys for Defendant*

Dated: February 12, 2008