IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY,<br><br>    Plaintiff,<br><br>  v.<br><br>THE DELAWARE RIVER AND BAY AUTHORITY, JAMES JOHNSON, Individually, JAMES WALLS, Individually, TRUDY SPENCE-PARKER, Individually, and CONSUELLA PETTY-JUDKINS, Individually,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 05-746 (MPT)<br>)<br>) (Consolidated)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF MLADEN A. MILIC, PH.D.

TO: James P. Hall, Esquire
   Phillips Goldman & Spence, P.A.
   1200 North Broom Street
   Wilmington, DE 19801

   PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of the plaintiff, **Mladen A. Milic, Ph.D.** on **Thursday, February 21, 2008, beginning at 9:00 a.m.** This deposition will take place at the offices of **Norman Broudy, M.D. & Associates, 825 Washington Street, Wilmington, Delaware**, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means.

              YOUNG CONAWAY STARGATT & TAYLOR, LLP

              /s/ Adria B. Martinelli
              ———————————————
              William W. Bowser, Esquire (Bar I.D. 2239)
              Adria B. Martinelli, Esquire (Bar I.D. 4056)
              The Brandywine Building, 17th Floor
              1000 West Street
              P.O. Box 391
              Wilmington, Delaware 19899-0391
              Telephone: (302) 571-6601, 6613
              Facsimile: (302) 576-3282, 3314
              Email: wbowser@ycst.com; amartinelli@ycst.com
              *Attorneys for Defendants*

Date: February 14, 2008
cc:  Wilcox & Fetzer