## AFFIDAVIT OF SERVICE

STATE OF DELAWARE : 
: SS
NEW CASTLE COUNTY :

**BE IT REMEMBERED** that on this 21st day of February 2008, personally appeared before the undersigned, a Notary Public in and for the State and County aforesaid, Danielle N. Gaesser, who being by me duly sworn according to law, deposes and says that she is employed in the law offices of PHILLIPS, GOLDMAN & SPENCE, P.A., and that she did on this day cause to be hand delivered, postage prepaid mail, a copy of the attached to the person(s) listed below.

Adria Martinelli, Esquire
Young Conaway Stargatt & Taylor
1000 West Street
Wilmington, DE 19899

_____
DANIELLE N. GAESSER

**SWORN TO AND SUBSCRIBED** before me the day and year aforesaid.

_____
NOTARY PUBLIC