IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD S. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-746 (MPT) |
| | ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY, JAMES JOHNSON, Individually, JAMES WALLS, Individually, TRUDY SPENCE-PARKER, Individually, and CONSUELLA PETTY-JUDKINS, Individually. | ) ) ) ) ) ) ) | (Consolidated) |
| Defendants. | ) | |

## **DEFENDANT'S EXPERT WITNESS DISCLOSURES**

Defendants, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 26(a)(2) hereby disclose the retention of the following expert witnesses: (1) Pia DiGirolamo, Ph.D., The Center for Forensic Economic Studies, 1608 Walnut Street, - Suite 801, Philadelphia, PA 19103 (Economic Expert); and (2) Neil Blumberg, M.D., 30 East Padonia Road, Suite 206, Timonium, MD 21093 (Psychiatric Expert).

Pursuant to an agreement between counsel, the Defendants' economic expert report will be served on February 22, 2008 and the Defendants' psychiatric expert report will be served on or before February 27, 2008.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Adria B. Martinelli*
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com
*Attorneys for Defendant*

Dated: February 21, 2008