IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, ) | |
| ) | |
| Plaintiff ) | C.A. No. 05-746 (MPT) |
| ) | |
| v. ) | |
| ) | |
| THE DELAWARE RIVER & BAY ) | (Consolidated) |
| AUTHORITY, JAMES JOHNSON ) | |
| Individually, JAMES WALLS, Individually ) | |
| TRUDY SPENCER-PARKER, Individually ) | |
| and CONSUELLA PETTY-JUDKINS, ) | |
| Individually. ) | |
| ) | |
| Defendants ) | |

## PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE CASE DISPOSITIVE MOTION

The Plaintiff, Ronald L. Riley, hereby moves this Honorable Court for an extension of time to file a response to Defendants' case dispositive motion brief by one (1) week, allowing Plaintiff's Response to Defendant's Motion for Summary Judgment and reply brief to be filed on Monday, June 9, 2008. The grounds for the Motion are as follows:

1. On May 15, 2008, Defendants, The Delaware River and Bay Authority, et al. hereinafter DRBA filed a case dispositive motion for summary judgment and opening brief in the above-captioned action.

2. Pursuant to the U.S. District Court Local Rules, Plaintiff Ronald L. Riley's response to Defendants' case dispositive motion is due on June 2, 2008.

3. Plaintiff's counsel respectfully requests a one (1) week extension of time to file his response and answering brief to Defendants' case dispositive motion.

4. Plaintiff's counsel does not oppose a similar extension of time (i.e., one week) for

Defendants' Reply Brief.

5.	All other Scheduling Order deadlines will remain in place.

WHEREFORE, Plaintiff respectfully request that his Motion to Extend the Deadline to File a response to Defendants' Case Dispositive Motion be granted.

PHILLIPS GOLDMAN & SPENCE, P.A.


_/s/ James P. Hall, BH (4089)_
JAMES P. HALL, ESQUIRE (#3293)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff Ronald Riley

Dated: May 29, 2008