IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD S. RILEY, | ) |
| | ) |
| Plaintiff | ) C.A. No. 05-746 (MPT) |
| | ) |
| v. | ) |
| | ) |
| THE DELAWARE RIVER & BAY AUTHORITY, JAMES JOHNSON Individually, JAMES WALLS, Individually TRUDY SPENCER-PARKER, Individually and CONSUELLA PETTY-JUDKINS, Individually. | ) (Consolidated) |
| Defendants | ) |

## ORDER

Upon consideration of Plaintiff's Motion to Extend the Deadline to File a Response to the Defendants' Case Dispositive Motion, it is hereby ORDERED that the Plaintiff's response to Defendants' Motion shall be filed by June 9, 2008 with subsequent briefing governed by the Local Rules of this Court.

_____
J.