# PHILLIPS, GOLDMAN & SPENCE, P. A.

### ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN, III
BRIAN E. FARNAN
DAVID A. BILSON
MELISSA E. CARGNINO

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 COASTAL HIGHWAY
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

Wilmington

REPLY TO: _____

June 10, 2008

*VIA E-FILING and*
*Hand Delivery*

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

> RE:    Riley v. The Delaware River and Bay Authority, et al.
>        C.A. No.: 05-746
>        Our File No.: RILRO-3 _____

Dear Judge Thynge:

Please be advised that Plaintiff Ronald S. Riley filed his Answering Brief and Appendix in Opposition to Defendants' Motion for Summary Judgment in the above-captioned matter. Plaintiff has filed an Amended Answering Brief in Opposition to Defendants' Motion for Summary Judgment reflecting the amended citation references to Plaintiff's Appendix on pages 5, 7, 8, 13 and 20 in Plaintiff's Brief. If your Honor has any questions, please do not hesitate to contact my office.

Respectfully submitted,

JAMES P. HALL

JPH/mff
cc:    Adria B. Martinelli, Esquire (via facsimile)