IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD S. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-746 (MPT) |
| | ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY, JAMES JOHNSON, Individually, JAMES WALLS, Individually, TRUDY SPENCE-PARKER, Individually, and CONSUELLA PETTY-JUDKINS, Individually. | ) ) ) ) ) ) ) | (Consolidated) |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO**
**EXTEND DEADLINE TO FILE REPLY BRIEF**

Defendants, Delaware River and Bay Authority, James Johnson, Trudy Spence-Parker, and Consuella Petty-Judkins, (hereinafter "Defendants") seek an extension of time to file their Reply Brief in Support of their Motion for Summary Judgment, for the following reasons:

1.   On May 15, 2008, Defendants, filed their Motion for Summary Judgment and Opening Brief in Support thereof, pursuant to the Court's June 28, 2007 Scheduling Order.

2.   Pursuant to the Local Rules, Plaintiff's Answering Brief was due on June 2, 2008.

3.   On May 29, 2008, Plaintiff filed a Motion to Extend Deadline to file his response to Defendant's case dispositive motion, requesting a one-week extension, to June 9, 2008, to file his brief.

4.   On June 9, 2008, Plaintiff filed his Answering Brief in Opposition to Defendants' Motion for Summary Judgment.

5.      The docket now reflects that Defendants' Reply Brief is due on June 19, 2008.

6.      Defendants' response has now been further complicated by the fact that one of the individual defendants, Trudy Spence-Parker, resigned from the Delaware River and Bay Authority and retained separate counsel.

7.      Defendants therefore respectfully request a one-week extension of time to file their Reply Brief in Support of their Motion for Summary Judgment, making their Reply Brief due on June 26, 2008.

8.      Per Plaintiff's Motion to Extend Deadline, Plaintiff does not oppose Defendants' request for a one-week extension of time.

WHEREFORE, Defendants respectfully requests a one-week extension until June 26, 2008, to file their Reply Brief in Support of their Motion for Summary Judgment.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email:  wbowser@ycst.com
       amartinelli@ycst.com
*Attorneys for Defendants*

DATED: June 16, 2008